AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
)  Case No. 1:19mc504
In Re: Search of Silver/White Apple iphone Recovered  )
from 19 N 4th Street Apartment 2, in Steelton, PA  )
No Number or Model Listed  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT 'A'

located in the ___Middle___ District of ___Pennsylvania___, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT 'B'

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution of a Controlled Substance |
| 18 U.S.C. §924(c) | Possession of a Firearm in Furtherance of Drug Trafficking |

The application is based on these facts:

I, Darrin Bates, Task Force Officer, with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

DARRIN BATES, TASK FORCE OFFICER, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/13/19

_____
*Judge's signature*

City and state: HARRISBURG, PENNSYLVANIA     SUSAN E. SCHWAB, U.S. CHIEF MAGISTRATE JUDGE
*Printed name and title*